# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

<u>U.S.A. vs. Anthony D. Laird</u>                                              <u>Docket No. 2:05MJ00032</u>

### Petition on Probation and Supervised Release

**COMES NOW** <u>Lorin J. Smith</u>, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Anthony D. Laird</u>, who was placed on supervision by the Honorable <u>William A. Webb</u>, United States Magistrate Judge, sitting in the Court at <u>Fayetteville</u>, <u>North Carolina</u> on the <u>7th</u> day of <u>July, 2004</u>, who fixed the period of supervision at <u>one (1) year</u>. Transfer of Jurisdiction from the Eastern District of North Carolina to the Western District of Tennessee completed <u>March 9, 2005</u>. Original term of Supervision revoked by the Honorable <u>Diane K. Vescovo</u>, United States Magistrate Judge, sitting in the Court at <u>Memphis, Tennessee</u> on the <u>7th</u> day of <u>November, 2005</u>, who fixed the period of supervision at <u>six (6) months*</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall complete six (6) months at the half way house. (Not Completed)
2. The defendant shall maintain employment.
3. The defendant shall continue in MADC for alcohol treatment while at the halfway house.

\*      Offender was given credit for one day time served and placed on Supervised Release as a result of his Probation being revoked.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attached

**PRAYING THAT THE COURT WILL ORDER** that a **SUMMONS** be issued for Anthony D. Laird to appear before the United States Magistrate Court to answer to charges of violation of Supervised Release.

### ORDER OF COURT

Considered and ordered this 27th day of January, 2006, and ordered filed and made a part of the records in the above case.

s/Diane K. Vescovo
Diane K. Vescovo
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2006

Lorin J. Smith
U.S. Probation Officer

Place: <u>Memphis, Tennessee</u>

**RE:** Laird, Anthony Dewayne
Docket No.: 2:05MJ00032
Petition for Revocation
Page 2

The defendant has violated the following condition of his supervise Release:

**The defendant shall continue in MADC for alcohol treatment while at the halfway house.**

November 7, 2005, prior to placement in the halfway house, Mr. Laird was required by the Court to complete a six month term in the Halfway House and to participate in drug treatment at the Memphis Alcohol and Drug Council (MADC).

Anthony Laird failed to attend drug and alcohol treatment sessions on November 9, November 16 and November 23, 2005. Mr. Laird was discharged from Memphis Alcohol and Drug Council on November 23, 2005 for non-compliance. Due to the immediate non-compliance, the referral for halfway house placement was not made pending the court's response to failure to participate in drug treatment.