# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO.: 05MJ0032-V |
| | ) | |
| ANTHONY LAIRD | ) | |
| | ) | |
|   Defendant. | ) | |

___

## ORDER TO SURRENDER
___

The defendant, Anthony Laird, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI OAKDALE , P.O. Box 5000, 1507 East Whatley Rd., Oakdale, LA 71463** by **2:00 p.m.** on **Tuesday, April 4, 2006.**

    **IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee  38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

    **ENTERED** this the    17th     day of March, 2006.

                                  _____s/ Diane K. Vescovo_____
                                      **DIANE K. VESCOVO**
                                  **UNITED STATES MAGISTRATE JUDGE**

## ACKNOWLEDGMENT

**I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.**

**Signed and acknowledged before me on _____**


_____                _____
**Clerk/Deputy Clerk**                                         **Defendant**